IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY E. BLAKE, ) Plaintiff, | 1:08-cv-0795-GMS |
| vs. | |
| JAMES DAVIS, et al., Defendants. | **ORDER** |

On June 8, 2008, Plaintiff Rodney E. Blake ("Plaintiff"), who is a prisoner in the Avenal State Prison in Avenal, California, filed a complaint pursuant to 42 U.S.C. § 1983. (Dkt. # 1.) Specifically, Plaintiff seeks an injunction requiring the parole board to conduct a new parole suitability hearing. On May 21, 2009, the Court received notification that mail addressed to the Plaintiff was returned as undeliverable. That notification also indicated that Plaintiff had been paroled, which might render his complaint moot.

On August 14, 2009, Defendant brought a Motion to Dismiss Plaintiff's complaint pursuant to Rule 12(b)(1), 12(b)(6), and Local Rule 78-230(m). (Dkt. # 11.) As of September 23, 2009, Plaintiff has failed to file a response to the Motion. Local Rule 78-230(m) provides that "[o]pposition . . .to the granting of a motion [to dismiss] shall be served and filed with the Clerk by the responding party not more than eighteen (18) days, plus three (3) days for mailing or electronic service, after the date of service of the motion." As of October 2, 2009, Plaintiff has not filed a timely responsive memoranda to the Motion to Dismiss, nor has he sought extensions of time to do so. Under the Local Rules,

1  Plaintiff's failure to oppose a motion "may be deemed a waiver of any opposition to the
2  granting of the motion . . . ." Local Rule 78-230(m).  Therefore,

3      **IT IS HEREBY ORDERED** that Plaintiff shall file and serve a responsive
4  memorandum to Defendant's Motion on or before 5:00 p.m. on **October 19, 2009**.  Should
5  Plaintiff fail to comply, the Court may deem Plaintiff's failure to oppose Defendant's
6  Motion to Dismiss as a waiver, and may grant the motion on that basis.

7      **IT IS FURTHER ORDERED** that the Defendant shall file a Status Report on or
8  before 5:00 pm on **October 19, 2009** with respect to Plaintiff's current parole status.

9      DATED this 2nd day of October, 2009.

                              G. Murray Snow
                              United States District Judge